LAW OFFICES

# STEIN, MITCHELL & MUSE L.L.P.

1100 CONNECTICUT AVE., N.W., STE 1100
WASHINGTON, D.C. 20036

GLENN A MITCHELL
JACOB A STEIN
GERARD E MITCHELL
ROBERT F MUSE
DAVID U FIERST
RICHARD A BUSSEY
ROBERT L BREDHOFF
CHRISTOPHER H MITCHELL
ANDREW M BEATO
LAURIE A AMELL
DENIS C MITCHELL
ARI S CASPER
JOSHUA A LEVY
JULIE L MITCHELL
KERRIE C DENT

OF COUNSEL
RONALD KOVNER

TELEPHONE: (202) 737-7777
TELECOPIER: (202) 296-8312
www.SteinMitchell.com

January 3, 2012

*via* **Hand Delivery**

Office of the Clerk
US District Court for the District of Columbia
United States Courthouse
333 Constitution Ave. NW
Washington, DC  20001

    Re:    *Request for Service of Service of Process on Defendant Swiss Confederation in Rishikof v. Mortada, et. al. Civil Action #: 1: 11-cv-02284*

Dear Sir or Madam:

    In connection with the above referenced case, I write to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service of this matter on defendant Swiss Confederation through diplomatic channels.

    Service is appropriate under 28 U.S.C. § 1608(a)(4), because service cannot be made under 28 U.S.C. § 1608(a)(1), § 1608(a)(2), or § 1608(a)(3)  Service cannot be made under 28 U.S.C. § 1608(a)(1) because defendant Swiss Confederation has not agreed to any special arrangements for service.  Service cannot be made under 28 U.S.C. § 1608(a)(2) or § 1608(a)(3) because Swiss Confederation has stated with respect to this case and other cases that it will only accept services through diplomatic channels.  For example, in email correspondence dated December 21, 2011, counsel for Swiss Confederation specifically stated with respect to this case that "service must take place through the prescribed diplomatic channel." See Email from Thomas Hill, Esq. to Denis C. Mitchell, Esq., attached as Tab 1.  Likewise, in an affidavit presented to this Court in 2000, defendant Swiss Confederation stated that "International law requires that notice of a lawsuit against a foreign sovereign must be through diplomatic channels."  See affidavit of Marc Wey, attached hereto as Tab 2. In addition, Switzerland appears on a list of foreign states which have formally objected to service by mail, such that publications of this Court explicitly instruct that with respect to Switzerland "Service under § 1608(a)(3) should not be attempted.  The plaintiff should proceed to service under § 1608(1)(4)."

RECEIVED

JAN - 3 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

STEIN, MITCHELL & MUSE

See Attorney Manual for Service of Process on a Foreign Defendant.
http://www.dcd.uscourts.gov/dcd/sites/dcd/files/AttyFMManualANDAttach.pdf.

      In circumstances such as presented in this case, pursuant to 28 U.S.C. §1608(a)(4), the Clerk of the Court sends two copies of the summons and complaint and a notice of suit, together with the translation of each (in this case a translation into French), by any form of mail requiring signed receipt to be addressed and dispatched by the Clerk of the Court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services. The Secretary of State shall then take steps to effect service through diplomatic channels. Pursuant to 28 U.S.C. § 1608(a)(4), I have enclosed: (1) two copies of the complaint, (2) two copies of the summonses, (3) two copies of the notice of suit, attached to each of which is a copy of the Foreign Sovereign Immunities Act, and (4) two copies of each document translated into French, one of the official languages of defendant Swiss Confederation.

      Please take the necessary steps to dispatch these materials to effect service on defendant Swiss Confederation. It is my understanding that the correct address for the Department of State's Overseas Citizens Service Office is:

> Director
> Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
> Attention: Edward A. Bethencourt
> U.S. Department of State
> SA-29, 4th Floor
> 2201 C Street NW
> Washington, DC 20520

      My office stands ready to assist as needed and appropriate. If you prefer, you may prepare the appropriate materials and return them to me to effect the actual delivery to the Department of State and payment of the mailing expenses. I can be reached at 202-661-0917 when the materials are ready for pick up.

      Thank you very much for your assistance in this matter.

Sincerely,

Denis C. Mitchell

Enclosures