FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARVEY RISHIKOF,**  \*  <br> **as personal representative of the estate of** \* <br> **TRUDITH N. RISHIKOF, deceased** \* <br> \* <br> **Plaintiffs,** \* <br> \* <br> **v.** \* <br> \* <br> **KAMAL MORTADA** \* <br> **and** \* <br> **SWISS CONFEDERATION** \* <br> \* <br> **Defendants.** \* | Case No.: 1:11-cv-02284 |

## NOTICE OF APPEARANCE

Notice is hereby given that Thomas C. Hill of the law firm Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street NW, Washington, D.C., 20037, is the attorney of record and trial attorney for the Defendants Swiss Confederation and Kamal Mortada. Please add the undersigned to the service list in this case.

This is the 6th day of April, 2012.

/s/ Thomas C. Hill
Thomas C. Hill
D.C. Bar No. 242974
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037
202-663-8000
*Counsel for Defendants Swiss Confederation and Kamal Mortada*

*Of Counsel:*
Stephan E. Becker
D.C. Bar No. 366676
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037
202-663-8000
*Counsel for Defendants Swiss Confederation and Kamal Mortada*

Charles A. Arcodia
D.C. Bar No. 432334
Attorney for Defendant Swiss Confederation
300 Redland Court, Suite 308
Owings Mills, Maryland  21117
410-363-1642
*Counsel for Defendant Swiss Confederation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert F. Muse
>D.C. Bar No. 166868
>Stein, Mitchell & Muse, LLP
>1100 Connecticut Ave. NW
>Suite 1100
>Washington, D.C. 20036

This is the 6th day of April, 2012.

>/s/ Thomas C. Hill
>Thomas C. Hill
>D.C. Bar No. 242974
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, N.W.
>Washington, D.C.  20037
>202-663-8000
>*Counsel for Defendants Swiss Confederation and Kamal Mortada*
>
>*Of Counsel:*
>Stephan E. Becker
>D.C. Bar No. 366676
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, N.W.
>Washington, D.C.  20037
>202-663-8000
>*Counsel for Defendants Swiss Confederation and Kamal Mortada*
>
>Charles A. Arcodia
>D.C. Bar No. 432334
>Attorney for Defendant Swiss Confederation
>300 Redland Court, Suite 308
>Owings Mills, Maryland  21117
>410-363-1642
>*Counsel for Defendant Swiss Confederation*