## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARVEY RISHIKOF,** | * | |
| **as personal representative of the estate of** | * | |
| **TRUDITH N. RISHIKOF, deceased** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **Case No.:  1:11-cv-02284** |
| **v.** | * | |
| | * | |
| **KAMAL MORTADA** | * | |
| **and** | * | |
| **SWISS CONFEDERATION** | * | |
| | * | |
| **Defendants.** | * | |

## <u>ANSWER TO COMPLAINT</u>

The Defendants, Swiss Confederation and Kamal Mortada, by their attorneys,

Thomas C. Hill, and Charles A. Arcodia, hereby file this Answer to Plaintiffs' Complaint

and for reasons state as follows:

1.     Deny.

2.     Admit.

3.     Admit.

4.     The Defendants can neither admit nor deny.

5.     The Defendants can neither admit nor deny.

6.     The Defendants partly admit and partly deny.

7.     Admit.

8.     Deny.

9.     Deny.

10.     Deny.

11.     Deny.

12.     Deny.

13.     Deny.

14.     The Defendants can neither admit nor deny.

15.     Deny.

16.     The Defendants can neither admit nor deny.

## AFFIRMATIVE DEFENSES

17.     The Complaint fails to state a claim upon which relief can be granted.

18.     The Complaint is barred in whole or in part on the grounds of contributory

negligence.

19.     The Complaint is barred in whole or in part on the grounds of assumption of the

risk.

/s/ Thomas C. Hill
Thomas C. Hill
D.C. Bar No. 242974
Stephan E. Becker
D.C. Bar No. 366676
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037
202-663-8000
*Counsel for Defendants Swiss Confederation and Kamal Mortada*


Charles A. Arcodia
D.C. Bar No. 432334
300 Redland Court, Suite 308
Owings Mills, Maryland  21117
410-363-1642
*Counsel for Defendant Swiss Confederation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing

**ANSWER** with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

> Robert F. Muse
> D.C. Bar No. 166868
> rmuse@steinmitchell.com
> Stein, Mitchell & Muse, LLP
> 1100 Connecticut Ave. NW
> Suite 1100
> Washington, D.C. 20036
>
> Denis C. Mitchell
> dmitchell@steinmitchell.com
> Stein, Mitchell & Muse, LLP
> 1100 Connecticut Ave., N.W.
> Suite 1100
> Washington, D.C. 20036

This is the 9th day of April, 2012.

> /s/ Thomas C. Hill
> Thomas C. Hill
> D.C. Bar No. 242974
> Stephan E. Becker
> D.C. Bar No. 366676
> Pillsbury Winthrop Shaw Pittman LLP
> 2300 N Street, N.W.
> Washington, D.C.  20037
> 202-663-8000
> *Counsel for Defendants Swiss Confederation and Kamal Mortada*
>
> Charles A. Arcodia
> D.C. Bar No. 432334
> 300 Redland Court, Suite 308
> Owings Mills, Maryland  21117
> 410-363-1642
> *Counsel for Defendant Swiss Confederation*