# Exhibit 1 to Rule 16.3 Joint Report
# (Proposed Scheduling Order)

**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARVEY RISHIKOF,**<br>**As personal representative of the estate of**<br>　**TRUDITH N. RISHIKOF, deceased,**<br><br>　**Plaintiff,**<br><br>**v.**<br><br>**KAMAL MORTADA, et. al.**<br><br>　**Defendants** | Case No.:  1:11-cv-02284 - RWR |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Report filed in accordance with Local Rule

16.3(d), it is hereby ORDERED that the following schedule shall govern this action:

| **Date** | **Event** |
|---|---|
| June 15, 2012 | Rule 26(a)(1) Initial Disclosures |
| September 15, 2012 | Plaintiff's Rule 26(a)(2) Disclosure and Deadline for Adding Parties and/or Amending Pleadings. |
| October 31, 2012 | Defendant's Rule 26(a)(2) Disclosure |
| November 31, 2012 | Plaintiff's Reply Rule 26(a)(2) Disclosure |
| February 15, 2013 | Deadline for All Discovery |
| March 1, 2013 | Deadline for Filing Dispositive Motions |

So ORDERED this ___ day of _____, 2012.

_____
Hon. Richard W. Roberts
United States District Judge