UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**HARVEY RISHIKOF,**                )
                                    )
      **Plaintiff,**             )
                                    )
      v.                        )   Civil Action No. 11-2284 (RWR)
                                    )
**KAMAL MORTADA, et al.,**          )
                                    )
      **Defendants.**            )
_____ )

### ORDER FOR INITIAL SCHEDULING CONFERENCE

    It is hereby ORDERED that the initial scheduling conference be and hereby is set for May 25, 2012 at 9:15 a.m.  Counsel who attend must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome and are encouraged to attend.

    Parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter.  Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Mr. Harold Smith, (202) 354-3163, rather than to chambers.  If Mr. Smith is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as his substitute.  In an emergency, however, chambers can be reached at (202) 354-3400.

    A request for a continuance of a court date must include alternative dates that have been agreed to by all parties.  Failure to provide such information may result in denial of the request.


May 15, 2012                    _____/s/_____
                                RICHARD W. ROBERTS
                                United States District Judge