# REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1602 Foreign Sovereign Immunities Act | | | |
|---|---|---|---|---|
| CASE NO:<br>11-cv-02284-RWR | DATE REFERRED:<br>5/25/2012<br><br>DISPOSITION DATE: | PURPOSE:<br>Full Case Management | JUDGE:<br>ROBERTS | MAG. JUDGE |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| HARVEY RISHIKOF<br>As personal representative of the estate of<br>TRUDITH N. RISHIKOF, deceased | KAMAL MORTADA |

ENTRIES:

05/25/2012    Minute Entry; for proceedings held before Judge Richard W. Roberts: Scheduling Conference held on 5/25/2012. Scheduling Order to issue via chambers. Case Referred to a Magistrate Judge for Full Case Management. Post Discovery Status Conference set for 1/7/2013 at 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott L. Wallace.) (hs) (Entered: 05/25/2012)