```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**HARVEY RISHIKOF,**                )
                                    )
       **Plaintiff,**          )
                                    )
       v.                      )   Civil Action No. 11-2284 (RWR)
                                    )
**KAMAL MORTADA, et al.,**          )
                                    )
       **Defendants.**          )
_____)

**PARTIAL SCHEDULING ORDER AND ORDER OF REFERRAL**

It is hereby ORDERED that:

1. <u>All</u> discovery shall close on January 3, 2013.

2. A post-discovery status conference with the undersigned is scheduled for January 7, 2013 at 9:15 a.m.  Counsel must bring full settlement authority to this conference.  If settlement is not reached, a trial date may be selected.  Counsel must be prepared at the status conference to advise the Court of the expected length of trial and of the number of fact and expert witnesses that each party will present, and whether the electronic courtroom will be needed.  Trial counsel themselves must appear at all hearings, unless excused by the Court in advance of the hearing date.

3. This matter shall be referred randomly by the Clerk's Office to a United States Magistrate Judge for full case management.  Full case management shall include preparing reports and recommendations on dispositive motions, conducting the pretrial conference, and preparing the LCvR 16.5(a)(3) Pretrial Order, but shall not include authority to continue the discovery deadline and the post-discovery status conference date.  Every filing shall bear the initials of both the undersigned and the

-2-

assigned Magistrate Judge after the Civil Action Number in the caption.  Parties are reminded that under LCvR 73.1, this action may be referred to a Magistrate Judge for all purposes, including trial, when the parties sign and file a notice of consent.  Consent of the undersigned is not necessary for such a referral.

4.  The discovery deadline and the post-discovery status conference date may be continued only by leave of the undersigned.  Any request for a continuance must include alternative dates that have been agreed to by all parties.  The assigned Magistrate Judge is free to add and alter other appropriate deadlines for case management purposes.

5.  **Three weeks** in advance of the pretrial conference held before the Magistrate Judge, counsel are required to meet and prepare a Joint Pretrial Statement that must be submitted not less than **fourteen days** prior to the conference in accordance with Local Civil Rule 16.5(d)(5) and 16.5(a)(2).  The form for the Joint Pretrial Statement is attached to this Order as Appendix A.  Separate Pretrial Statements may be struck, *sua sponte*.

6.  Parties' written communications with the undersigned are to be by motion, opposition, and reply, rather than by letter.  Oral inquiries to the undersigned concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Mr. Harold Smith, at 202-354-3163, rather than to chambers.  If Mr. Smith is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as his substitute.  In an emergency, however, chambers can be reached at 202-354-3400.

SIGNED this 25th_ day of May, 2012.

                                         ___/s/_____
                                         RICHARD W. ROBERTS
                                         United States District Judge

-3-

**APPENDIX A**

[*Form of Joint Pretrial Statement to be Filed **Fourteen Days before Pretrial Conference***]

[**CASE CAPTION**]

<u>JOINT PRETRIAL STATEMENT</u>

**1. <u>Parties and Counsel:</u>**  List names, addresses, and telephone numbers of all parties and counsel on whose behalf this Statement is filed.

**2. <u>Nature of the Case:</u>**  Give a brief statement describing the nature of the case, the identities of the parties, and the basis of the Court's jurisdiction.  The statement of the case should be sufficiently brief, clear, and non-argumentative to be suitable for reading to the jury.

**3. <u>Claims and/or Defenses:</u>**  Give a statement of claims setting forth, concisely, each party's claims against any other party (*including counter-, cross-, and third-party claims*) and the party or parties against whom the claim is made.  The statement of defenses shall set forth each defense a party interposes to a claim asserted against it by any other party, including defenses raised by way of general denial, without regard to which party has the burden of persuasion.

**4. <u>Undisputed Issues/Stipulations:</u>**  List all issues not in dispute or facts to which the parties have stipulated.

**5. <u>Witness Schedule:</u>**  List the name, address, and telephone number of each witness scheduled to be called by a party, including rebuttal witnesses.  The schedule shall also set forth a brief description of the testimony to be given by the witness, and an estimate of the time necessary for direct examination.  Opinion witnesses shall be designated by an asterisk.  Witnesses called for impeachment purposes only need not be listed.  However, no party may call at trial any witness the party has not listed (*except for impeachment purposes*) in the Joint Pretrial Statement.  No listed witness will be precluded from testifying unless an objection is made in the Joint Pretrial Statement and its basis is articulated.

**6. <u>Exhibit List:</u>**  Describe each exhibit to be offered in evidence, including (*if possible*) rebuttal exhibits, with each

-4-

exhibit identified by number, title, and date (*if applicable*). No exhibit will be admitted at trial unless it is listed on the Joint Pretrial Statement.  Each exhibit listed will be deemed authentic and admitted at trial unless an objection is made in the Joint Pretrial Statement and its basis is articulated.  **If there are objections to an exhibit in the Joint Pretrial Statement, the exhibit should be produced at the Pretrial Conference for the Court's review.**

**7.  Deposition Testimony:**  Identify each deposition or portion thereof (*by page and line numbers*) the party intends to offer in evidence.  **All** cross-designations under Federal Rule of Evidence 106 must be identified as well.

**8.  Relief Sought:**  Set forth separately each element of damages and the monetary amount claimed, including prejudgment interest, punitive damages, and attorneys' fees.  Do not include amounts claimed for intangible damages.  Set forth all other types of relief sought against any party.

**9.  Pending Motions:**  List all pending motions showing title and filing date.  List any motions to be decided at commencement of trial.

**10.  Trial Brief:**  A trial brief addressing any unusual issues of fact or evidence not already submitted to the Court shall be filed with the Joint Pretrial Statement.

**11.  Motions in Limine:**  Motions in limine shall be filed with the Court and served on opposing counsel no later than twenty-one calendar days before the date of the pretrial conference; oppositions shall be due not later than fourteen calendar days before the pretrial conference.  All evidence that a party offers at trial under Federal Rule of Evidence 404(b) must be disclosed to all other parties no later than 30 days prior to the deadline for filing motions in limine.

**12.  Demonstrative Evidence:**  Describe all such items to be used at trial.  Any objections must be made in the Joint Pretrial Statement.

**13.  Jury Cases:**  Submit list of requested voir dire questions, showing those agreed upon and not agreed upon; submit list of standard instructions showing those agreed upon and not agreed upon; submit complete text of non-standard instructions with authorities relied upon showing those agreed upon and not agreed upon; submit text of verdict form, including any special interrogatories.  **Submit all of the items identified in this**

-5-

**paragraph formatted in Word Perfect Version 9.0 or higher via e-mail to roberts_chambers@dcd.uscourts.gov. The parties and counsel are admonished NOT to use this e-mail address for ANY other purpose.**

**14. <u>Non-Jury Cases:</u>** Submit detailed proposed findings of fact and conclusions of law with supporting authorities. **Submit all of these proposed findings and conclusions formatted in Word Perfect Version 9.0 or higher via e-mail to roberts_chambers@dcd.uscourts.gov. The parties and counsel are admonished NOT to use this e-mail address for ANY other purpose.**

**15. <u>Estimated Length of Trial:</u>** List number of days, and any scheduling problems with witnesses.

**16. <u>Miscellaneous Matters:</u>**

The following text and signature line shall be included after the signatures of counsel:

The foregoing Joint Pretrial Statement, as revised at the Pretrial Conference in the presence of counsel, shall stand as the Pretrial Order in this case.

_____               _____
DATE                                                    United States Magistrate Judge